■ JOSEPH LARKIN, Appellant, v. VINCENT L. TOFANY, as Commissioner of Motor Vehicles of State of New York, Respondent.— Judgment of the Supreme Court, Rockland County, dated December 20, 1973, affirmed, without costs. The result sought to be reviewed rested in respondent's discretion. Hopkins, Acting P. J., Christ, Brennan, Benjamin and Munder, JJ., concur.